

**Mars Khaimov Law, PLLC**

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 518

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 6/21/2024

Extension is granted until July 12, 2024.

    Re:    Case 1:24-cv-01428-VSB, *Beauchamp v. Marissa's Books & Gifts, LLC*
<u>Plaintiff's Letter Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss</u>

Dear Judge Broderick:

    Plaintiff respectfully submits this letter motion seeking to extend Plaintiff's time to file an opposition to Defendant's Motion to Dismiss. Our office is currently working with our client to obtain necessary information to include in the opposition. The current deadline is June 21, 2024, and we are seeking a 21-day extension up to and until July 12, 2024.

    This is the first time this relief is being requested and both parties consent.

    We thank Your Honor for the attention and consideration herein.

    Respectfully submitted,

    <u>/s/ Mars Khaimov</u>
    Attorneys for Plaintiff

Cc: all Counsel of record on ECF

