UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Beauchamp, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　-against-<br><br>Marissa's Books & Gifts, LLC,<br><br>　　　　　　Defendant. | Case No: 1:24-cv-01428-VSB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, Marissa's Books & Gifts, LLC, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Jericho, New York           New York, New York
        August 1, 2024              August  1 , 2024

**MARS KHAIMOV LAW, PLLC**              **BLANK ROME LLP**

By: _/s/_                               By: _/s/ Martin S. Krezalek_

Mars Khaimov, Esq.                      Martin Simon Krezalek, Esq.
100 Duffy Ave., Suite 510               1271 Avenue of Americas
Hicksville, NY 11801                    New York, NY 10020
mars@khaimovlaw.com                     martin.krezalek@blankrome.com
*Attorneys for Plaintiff*               *Attorneys for Defendant*

9/6/2024
SO ORDERED:

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE